UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GLORIA BLAIR BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:12-CV-1012-JCH |
| ) | |
| MARYLAND NATIONAL PROCESSING ) | |
| CENTER, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the Court on plaintiff's motion for leave to commence this action without payment of the required filing fee pursuant to 28 U.S.C. § 1915(a).

Local Rule 2.05(A) provides that "[a]n application to proceed in forma pauperis shall be accompanied by a statement of the applicant's financial information set forth on a form provided by the Court." Although plaintiff has submitted a motion for leave to proceed in forma pauperis, he has not submitted a CJA Form 23 financial affidavit. Therefore, the Court has no information as to plaintiff's financial status and is unable to determine whether plaintiff is financially unable to pay any portion of the filing fee. See 28 U.S.C. § 1915(a)(1); Local Rule 2.05(A). Accordingly, the Court will order plaintiff to file a CJA Form 23 financial affidavit.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall provide plaintiff the court-provided CJA Form 23 financial affidavit.

**IT IS FURTHER ORDERED** that within twenty (20) days from the date of this order, plaintiff shall submit a completed CJA Form 23 financial affidavit.

**IT IS FURTHER ORDERED** that if plaintiff fails to submit a CJA Form 23 within twenty (20) days, the Court will order the Clerk of Court to dismiss the complaint.

**IT IS FURTHER ORDERED** that upon plaintiffs submission of completed CJA Form 23 financial affidavit, the Clerk shall resubmit this case to the Court for review pursuant to 28 U.S.C. § 1915.

Dated this 7th day of June, 2012

    /s/Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**